

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5056
7      FAX: (408) 535-5066
       Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,      )   No. 06-70379 HRL
                                    )
14 |         Plaintiff,              )
                                    )   STIPULATION AND [PROPOSED]
15 |     v.                          )   ORDER EXCLUDING TIME
                                    )
16 | RAMON PEREZ-INIGUEZ,            )
                                    )
17 |         Defendant.              )   SAN JOSE VENUE
                                    )
18                                  )

RECEIVED JUN 2 8 2006

On June 22, 2006, the parties in this case appeared before the Court for a status appearance on the defendant's release conditions. After a custodian was added to the defendant's bond, the parties requested that the arraignment be scheduled for July 20, 2006 before the Honorable Judge Trumbull. The parties requested additional time in order for the government to provide discovery to defense counsel and to allow the parties to explore a pre-indictment resolution. In addition, the defendant, through Assistant Federal Public Defender Angela Hansen, agreed to an exclusion of time under Rule 5 of the Federal Rules of Criminal Procedure and the Speedy Trial Act from June 22, 2006 to July 20, 2006. The parties agree and stipulate that an exclusion of

1 | time is appropriate based on the defendant's need for effective preparation of counsel.

2 | SO STIPULATED:                    KEVIN V. RYAN
                                      United States Attorney

3 |

4 | DATED:_____              _____/s/_____
                                      SUSAN KNIGHT
5 |                                   Assistant United States Attorney

6 |
    DATED:_____              _____/s/_____
7 |                                   ANGELA M. HANSEN
                                      Assistant Federal Public Defender
8 |

9 |     Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is

10 | continued to July 20, 2006 at 9:30 a.m. before the Honorable Judge Trumbull. Good cause

11 | is shown and the continuance is proper under Rule 5 of the Federal Rules of Criminal Procedure

12 | and 18 U.S.C. § 3060.

13 |     For good cause shown, the Court FURTHER ORDERS that time be excluded under the

14 | Speedy Trial Act from June 22, 2006 to July 20, 2006. The Court finds, based on the

15 | aforementioned reasons, that the ends of justice served by granting the requested continuance

16 | outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant

17 | the requested continuance would deny defense counsel reasonable time necessary for effective

18 | preparation, taking into account the exercise of due diligence, and would result in a miscarriage

19 | of justice. The Court therefore concludes that this exclusion of time should be made under 18

20 | U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

21 | SO ORDERED.

22 |

23 | DATED: 6/29/06                    _____
                                      HOWARD R. LLOYD
24 |                                   United States Magistrate Judge

25 |

26 |

27 |

28 |